# UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

The Trustees of the Sheet Metal Local # 10
Control Board Trust Fund,
Plaintiffs,

Civil File No. CV 00 1196 DWF/AJB

vs.

**ORDER FOR JUDGMENT**

White Bear Mechanical, Inc., a Minnesota Corporation,

Defendant.

That the above-entitled matter came on without hearing before the undersigned upon Plaintiffs' motion for entry of judgment by default against Defendant. Based upon the Affidavit of Andrew E. Staab, and all files, records and proceedings herein,

IT IS HEREBY ORDERED:

**ORDER**

That the Clerk of Court shall enter judgment in favor of Plaintiffs and against the Defendant in the amount of $32,198.58.

Dated: Aug 21, 2000

Donovan W. Frank
United States District Judge

H:\Labor\6310_6340_6340 Sheet Metal\6340.17 White Bear\Order Jdmt.doc
vb

FILED AUG 21 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD AUG 21 2000
DEPUTY CLERK